Michael Cohen - #98066
Attorney at Law
Grove Law Building
345 Grove Street
San Francisco, CA 94102
415/861-4414
Fax: 415/431-4526

Attorney for Plaintiff

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Barbara Johnson,            No. C 07-04036-EMC

    Plaintiff,            NOTICE OF RELATED CASES

vs.

Northwest Airlines, and
DOES 1-100,

    Defendants.
_____/

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO DEFENDANT NORTHWEST AIRLINES AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, that pursuant to Northern District Local Rule 3-12(b), this action is related to the following two (2) cases: Case No. C 07-04044-JL, United States District Court, Northern District of California, and Case No. C 07-04036 EMC, United States District Court, Northern District of California.

RELEVANT FACTS

Plaintiff filed two identical personal injury Complaints a few days apart, one in Alameda County and the other in San Francisco County. Defendant Northwest Airlines, Inc. (Northwest) removed the San Francisco case to this Court on August 7, 2007, and it was assigned case number C 07-04045 JCS.

Northwest removed the Alameda case to this Court on August 6, 2007, and it was

1

Notice of Related Cases

1 | assigned case number C 07-04036 EMC.  Northwest also removed the Alameda case to the
2 | Oakland Division on August 7, 2007, and it was assigned case number C 07-04044 JL.

3 | <center>GROUNDS FOR NOTICE OF RELATED CASE</center>

4 | All three cases are absolutely identical in every particular except for the different venues
5 | where the state court actions were originally filed, and the different divisions of this court to
6 | which the Alameda case was removed.

7 | DATED: August 12, 2007

10 |         /S/Michael Cohen
        MICHAEL COHEN

PROOF OF SERVICE

I am employed at 11126½ Delaware, Berkeley, California. I am over the age of eighteen years and not a party to the within cause. On August 12, 2007, I served the attached NOTICE OF RELATED CASES on the persons listed below by:

Kym Speer
KENNEY & MARKOWITZ
255 California Street, Suite 1300
San Francisco, CA 94111
Fax:415/397-3170
**kspeer@kennmark.com**
**skenney@kennmark.com**

(XXXX)    **BY MAIL**    I placed a sealed envelope, addressed to the above addressees, with postage thereon fully prepaid for first-class mail, for collection and mailing at Berkeley, California, following ordinary business practices. The practice of the Law Office of Michael Cohen for processing of correspondence is that, in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

(  )    **BY PERSONAL SERVICE**    I caused each such attorney/party to be served by hand on the above-named attorneys.

(  )    **BY FACSIMILE**    I caused the said document to be transmitted by facsimile machine to the number indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 12, 2007, at Berkeley, California.

/S/Michael Cohen