STEPHEN C. KENNEY (SBN 53883)
KYMBERLY E. SPEER (SBN 121703)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA 94111
Telephone:  (415) 397-3100
Facsimile:  (415) 397-3170
Email: skenney@kennmark.com
       kspeer@kennmark.com

Attorneys for Defendant
NORTHWEST AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARBARA JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NORTHWEST AIRLINES, INC., et al.,<br><br>　　　　Defendant. | CASE NO. C 07-04036 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: August 13, 2007

KENNEY & MARKOWITZ L.L.P

By: _____
　　STEPHEN C. KENNEY
　　KYMBERLY E. SPEER
　　Attorneys for Defendant
　　NORTHWEST AIRLINES, INC.

*Barbara Johnson v. Northwest Airlines, Inc., et al.*
United States District Court Case No. **C 07-04036 EMC**

## PROOF OF SERVICE

[C.C.P.§2008, F.R.C.P. Rule 5]

I, the undersigned, state:

My business address is 255 California Street, Suite 1300, San Francisco, California 94111. I am employed in the City and County of San Francisco. I am over the age of eighteen years and not a party to this action. On the date set forth below, I served the foregoing documents described as follows:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| |
|---|
| Michael Cohen, Esq.<br>ATTORNEY AT LAW<br>1126 ½ Delaware<br>Berkeley, CA 94702<br>Fax:   510-525-9615<br>Email: mikecohen@sprintmail.com |

[X]  **BY FIRST CLASS MAIL** – I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing this date, following ordinary business practices.

[ ]  **BY PERSONAL SERVICE** – Following ordinary business practices, I caused to be served, by hand delivery, such envelope(s) by hand this date to the offices of the addressee(s).

[ ]  **BY OVERNIGHT MAIL** – I caused such envelope to be delivered by a commercial carrier service for overnight delivery to the office(s) of the addressee(s).

[ ]  **BY FACSIMILE** – I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date in San Francisco, California.

Dated: August 13, 2007

Lynne Amerson

Kenney & Markowitz L.L.P.